No. A–926. Doe (Schwartz, Real Party In Interest) *v.* United States. C. A. 2d Cir. Application for stay of execution of sentence for civil contempt presented to Mr. Justice Marshall, and by him referred to the Court, granted pending further order of this Court.

No. 54, Orig. United States *v.* Florida et al. Motion for leave to file bill of complaint granted and defendants allotted 60 days to answer.

No. 70–283. Adams, Warden *v.* Williams. C. A. 2d Cir. [Certiorari granted, 404 U. S. 1014.] Motion of District Attorney of New York County for leave to participate in oral argument as *amicus curiae* denied.

No. 71–110. Gelbard et al. *v.* United States. C. A. 9th Cir. [Certiorari granted, 404 U. S. 990.] Motion of petitioner Gelbard for assignment of a separate docket number and/or additional time for oral argument denied.

No. 71–263. United States *v.* Egan et al. C. A. 3d Cir. [Certiorari granted, 404 U. S. 990.] Motion of Ramsey Clark and Leonard B. Boudin to permit Jack J. Levine to argue orally *pro hac vice* on behalf of respondent Egan granted.

No. 71–315. Deepsouth Packing Co., Inc. *v.* Laitram Corp. C. A. 5th Cir. [Certiorari granted, 404 U. S. 1037.] Motion of Edward S. Irons et al., for leave to file a brief as *amici curiae* granted.

No. 71–708. Trafficante et al. *v.* Metropolitan Life Insurance Co. et al. C. A. 9th Cir. [Certiorari granted, *ante,* p. 915.] Motion of petitioners to dispense with printing briefs and appendix granted.

No. 71–858. Ricci *v.* Chicago Mercantile Exchange et al. C. A. 7th Cir. [Certiorari granted, *ante,* p. 953.] Motion for reconsideration of petition for certiorari denied.